Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BACK DRAUGHTS, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Back Draughts Pizza  Back Draughts  Twisted Orange |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5315055 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 101 E Tarpon Ave | 101 E Tarpon Ave |
| Number    Street | Number    Street |
| | P.O. Box |
| Tarpon Springs    FL    34689 | Tarpon Springs    FL    34689 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Pinellas County | |
| County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    https://www.backdraughts.com/

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **BACK DRAUGHTS, LLC**  
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**722511** |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____ When _____ Case number _____<br>                               MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                               MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                 MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  **BACK DRAUGHTS, LLC**                                           Case number *(if known)*_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number      Street

    _____
    _____
    City            State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   BACK DRAUGHTS, LLC
         Name                                        Case number (*if known*) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2025
             MM / DD / YYYY

✘ /s/ George Walts                                   George Walts
Signature of authorized representative of debtor     Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Erik Johanson                                  Date  07/22/2025
Signature of attorney for debtor                           MM / DD / YYYY

Erik Johanson
Printed name

Erik Johanson PLLC
Firm name

3414 W Bay to Bay Blvd #300
Number    Street

Tampa                                                FL         33629
City                                                 State      ZIP Code

8132109442                                           erik@johanson.law
Contact phone                                        Email address

106417                                               FL
Bar number                                           State

Debtor  BACK DRAUGHTS, LLC  Case number (*if known*)
       First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

Business                              6351 Grand Blvd New Port Richey, FL
                                      34652, Pasco County

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

ALLY FINANCIAL INC.
500 Woodward Avenue
10th Floor
Detroit, MI 48226

American Express
200 Vesey Street Lower Manhattan
New York, NY 10285

Ategrity Specialty Insurance Company
14000 N. Pima Road
Suite 200
Scottsdale, AZ 85260

BizFund, LLC
315 Avenue U
3rd Floor
Brooklyn, NY 11223

Bokova Industrial Center, Inc.
20 Hibiscus Street
Tarpon Springs, FL 34689

Capital One
1680 Capital One Drive
McLean, VA 22102

Credit Key
145 S. Fairfax Ave. 2nd Floor
Los Angeles, CA 90036

Crystal Ice Machines
12918 Shadow Run Blvd.
Riverview, FL 33569

Dillon Walts
1601 Gulf Road
Tarpon Springs
FL 34689

Florida Department of Revenue - Bankruptcy Un
P.O. Box 6668
Tallahassee, FL 32314-6668

George Walts
2577 Gunn Hwy
Odessa
FL 33556

Grand Blvd Investments, LLC
6345 Grand Blvd
Suite 106
New Port Richey, FL 34652

Headway Capital
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

Headway Capital, LLC
175 W JACKSON BOULEVARD
SUITE 600
Chicago, IL 60604

Internal Revenue Service
10200 49th St N Ste 201
Clearwater, FL 33762

ITRIA VENTURES LLC
1 Penn Plaza
Suite No. 3101
New York, NY 10119

Paul A. Humbert, P.L.
9655 S. Dixie Highway
Suite 312
Miami, FL 33156

Progressive
300 North Commons Blvd.
Cleveland, OH 44143

Robert Avedisian
33 Freshwater Drive
Palm Harbor, FL 34684-1106

Shift 4
3501 CORPORATE PKWY
Center Valley, PA 18034

U.S. Small Business Administration
51 SW 1st Avenue
Suite 201
Miami, FL 33130

United States Bankruptcy Court
Middle District of Florida

In re: BACK DRAUGHTS, LLC

Debtor(s)

Case No.

Chapter  11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/22/2025

/s/ George Walts
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

# United States Bankruptcy Court

Middle District of Florida

**In re** BACK DRAUGHTS, LLC

Case No. _____

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ 15,000.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 435.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
General bankruptcy representation.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
N/A

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/22/2025                                    /s/ Erik Johanson, 106417

*Date*                                         *Signature of Attorney*

                                               Erik Johanson PLLC

                                               *Name of law firm*
                                               3414 W Bay to Bay Blvd
                                               #300
                                               Tampa, FL 33629

## UNANIMOUS WRITTEN RESOLUTIONS
## IN LIEU OF MEETING OF THE
## <u>MANAGERS OF BACK DRAUGHTS, LLC</u>

Back Draughts, LLC (the "**Company**"), by and through the undersigned managers and members (the "**Managers**"), adopts the following resolutions:

**RESOLVED**, that the Company, having deliberated, consulted with bankruptcy counsel, and determined that it is in the best interest of the Company to reorganize and/or liquidate its affairs under the provisions of Title 11 of the United States Code (the "**Code**"), does hereby authorize the Company to file a voluntary petition for relief pursuant to Chapter 11 of the Code ("**Bankruptcy Case**");

**RESOLVED FURTHER**, that the Company does hereby nominate and appoint Dillon Walts and George Walts (the "**Bankruptcy Representatives**") to serve as the Company's authorized agents with respect to the Bankruptcy Case, and otherwise authorizes and directs the Bankruptcy Representatives to take such actions as may be necessary to enable the Company to carry out the duties of a chapter 11 debtor-in-possession under the Code, including, without limitation, executing and delivering all documents necessary to file a voluntary petition under the Code, appearing at any meetings of creditors or hearings on behalf of the Company, and executing and delivering all necessary documents in connection with the Bankruptcy Case;

**RESOLVED FURTHER**, that the Company authorizes and directs the retention and employment of the law firm of Erik Johanson PLLC to represent the Company in connection with the Bankruptcy Case;

**RESOLVED FURTHER**, that all actions relating to the Bankruptcy Case heretofore taken by the Company, its officers, and its agents on behalf of the Company, including the Bankruptcy Representatives and Erik Johanson PLLC are hereby ratified and approved;

**RESOLVED FURTHER**, that the Managers, in their capacity as managers and members of the Company, waive any and all notice of meeting requirements under the provisions of Florida law relating to any of the foregoing; and

**RESOLVED FINALLY**, that this Consent Resolution may be executed in counterparts, which, when taken together, shall constitute one and the same instrument. The transmission of counterpart signature pages to this Consent Resolution by facsimile or .pdf attachments to electronic mail shall constitute effective execution and delivery and may be used in lieu of original counterpart signature pages for all purposes.

Executed effective as of the 22nd day of July 2025.

[Signatures on the following page]

1 of 2
**Unaninmous Written Resolution in Lieu of Meeting
of Managers of Back Draughts, LLC**

**MANAGERS:**

/s/ _____
George Walts, as manager and member

___7/22/25___
Date

/s/ _____
Dillon Walts, as manager and member

___7/22/25___
Date

[End of Document]

2 of 2
**Unaninmous Written Resolution in Lieu of Meeting
of Managers of Back Draughts, LLC**